In the Matter of the Application of Jacob T. Worth for a Writ of Mandamus.

*In re Matter of Worth,* 3 App. Div. 443, affirmed.
(Argued June 9, 1896; decided June 19, 1896.)

Appeal from order of the Appellate Division of the Supreme Court in the second judicial department, made April 28, 1896, which affirmed an order of the Special Term denying a motion for a writ of peremptory mandamus directing the police commissioner of the city of Brooklyn to appoint relator on the police force of the city.

*Edward M. Grout* for relator, appellant.

*Jacob Brenner* for police commissioner, respondent.

Order affirmed on opinion below, with costs.
All concur.

---

John Heerdegen, Respondent, *v.* Rudolph Loreck, as Executor of Alexander E. Schnee, Deceased, Appellant.

*Heerdegen* v. *Schnee,* 89 Hun, 611, affirmed.
(Argued June 9, 1896; decided June 19, 1896.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made October 18, 1895, which affirmed an order of Special Term directing a compulsory reference.

*Louis O. Van Doren* for appellant.

*William R. Bronk* for respondent.

Order affirmed, with costs; no opinion.
All concur.